# Order

Michigan Supreme Court
Lansing, Michigan

August 6, 2009

Marilyn Kelly,
Chief Justice

138051

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 138051
COA: 287454
Oakland CC: 03-191964-FH

JAMIE JAYSON HAY,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the November 26, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 6, 2009

_____
Clerk

p0720